UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISON

CASE NO.: 1:25-cv-24196

M.O. and A.O., minor children,
by and through Next Friend
STEWART COOKE, Esq.,

    Plaintiffs,

v.

CITRUS HEALTH NETWORK, INC., d/b/a
CITRUS FAMILY CARE NETWORK,
FAMILY RESOURCE CENTER OF SOUTH
FLORIDA, INC.; FLORIDA DEPARTMENT,
OF CHILDREN AND FAMILIES,
KENYA NEELY, individually,
MARTA TORRES, individually,
ANTHONY CARVALHO, individually,
NATALIE GREEN, individually,
ANTIWONESHA JOHNSON, individually,
MYRLANDE BREEDLOVE, individually,
SANALEE MEIKLE, individually,
MARLENE BAPTISTE, individually,
SONIA BROOKS, individually,

Defendants.
_____/

**DEFENDANTS, FAMILY RESOURCE CENTER OF SOUTH FLORIDA, INC. AND NATALIE GREEN'S NOTICE OF REMOVAL**

    Defendants, FAMILY RESOURCE CENTER OF SOUTH FLORIDA, INC., ("FRC") and NATALIE GREEN ("Green"), by and through their undersigned counsel, and pursuant to 28 U.S.C. § 1331, 1367, 1441, and 1446, hereby remove to this Honorable Court the action, Case No.: 2025-013398-CA-01 filed in the Eleventh

Judicial Circuit in and for Miami-Dade County, Florida, with full reservation of rights, exceptions, and defenses, and in support thereof states:

### I. Background

1. FRC and Green are defendants in the civil action filed by Plaintiffs, M.O. and A.O., minor children, by and through their Next Friend, Stewart Cooke, Esq., in the lawsuit filed in the Circuit Court for the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Case No. 2025-013398-CA-01, on or about July 14, 2025, titled *"M.O. and A.O., minor children, by and through Next Friend Stewart Cooke, Esq., v. Citrus Health Network, Inc., d/b/a Citrus Family Care Network, Family Resource Center of South Florida, Inc.; Florida Department of Children And Families, Kenya Neely, Marta Torres, Anthony Carvalho, Natalie Green, Antiwonesha Johnson, Myrlande Breedlove, Sanalee Meikle, Marlene Baptiste And Sonia Brooks"* (the "State Court Action").

2. FRC and Green were served with a Summons and the Complaint in the State Court Action on September 8, 2025. This removal petition is therefore timely as it is filed within thirty (30) days after receipt of the Summons and Complaint pursuant to 28 U.S.C. § 1446(b). *See* Summonses, Returns of Service and Complaint attached hereto as Composite Exhibit "A."

3. On September 11, 2025, Plaintiffs filed an Amended Complaint in the State Court Action, solely for the purpose of correcting a misspelling of the name of one of the individual defendants. A copy of the Amended Complaint is attached as Exhibit "B".

HAMILTON, MILLER & BIRTHISEL LLP
150 S.E. SECOND AVENUE SUITE 1200 · MIAMI, FL, 33131
TELEPHONE: (305) 379-3686 · FACSIMILE: (305) 379-3690

4. In Plaintiffs' Amended Complaint, Plaintiffs allege causes of action for violation of their Federal Civil Rights under 42 U.S.C. § 1983 against FRC and Green.

5. In Plaintiff's Amended Complaint, Plaintiffs also allege causes of action for violations of their Federal Civil Rights under 42 U.S.C. § 1983 against Defendants, Citrus Health Network, Inc. d/b/a Citrus Family Care Network, Kenya Neely, Marta Torres, Anthony Carvalho, Antiwonesha Johnson, Myrlande Breedlove, Sanalee Meikle, Marlene Baptiste and Sonia Brooks.

6. Upon information and belief, and after diligent inquiry, as of the date of the filing of this notice of removal, FRC and Green are the only Defendants who have been served in the State Court Action and no other Defendant has filed an appearance therein.

## II.   Removal of State Court Action

This action is removable to the United States District Court under 28 U.S.C. §1441(a), because the district court would have original jurisdiction under 28 U.S.C. § 1331 (federal question) as to Plaintiffs' Federal Civil Rights claims brought pursuant to 42 U.S.C. § 1983.

Removal of the State Court Action to the United States District Court, Southern District of Florida is justified pursuant to 28 U.S.C. §§ 1331. In this action, a federal question is raised since Plaintiffs allege that FRC and Green violated their rights "under the Fourteenth Amendment of the United States Constitution and applicable federal laws" *See* Exhibit A – Plaintiffs' Amended Complaint at p. 104 - Count VI, ¶¶ 243 through 265 and at p. 136 – Count XI, ¶¶ 302 through 311.

Whether a claim arises under federal law so as to give federal question jurisdiction under § 1331 is governed by the well-pleaded complaint rule. Under this principle, "federal jurisdiction exists … when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987).

Removal of this action to the United States District Court is appropriate because the face of Plaintiffs' Complaint alleges causes of action arising under the law(s) of the United States, specifically, the Civil Rights Act. *See* Ex. A. Specifically, Counts III, VI, VIII, IX, X, XI, XII, XIII, XIV, XV and XVI assert claims against FRC, Green and several of the other as yet unserved defendants, under 42 U.S.C. § 1983. Claims under 42 U.S.C. § 1983 are civil actions arising under the laws of the United States and thus within the jurisdiction of the United States District Courts. *Johnston v. Morton Plant Mease Healthcare, Inc.,* 2007 U.S. Dist. LEXIS 11700. In addition, removal is proper as federal question jurisdiction exists at the time of the removal. *Id.* (holding that removal to federal court was proper as the original complaint (filed in state court) alleged claims for violations of Federal Statutes and consequently federal question jurisdiction existed at the time of the removal).

The remaining counts of Plaintiffs' Complaint – Counts I, II, IV, V and VII are based under Florida state law. Section 1367 of the United States Code sets forth that this Court has the authority to exercise supplemental jurisdiction over state law claims when the action is removed based on federal question jurisdiction. *See Johnston*, 2007 U.S. Dist. LEXIS 11700. As such, removal is proper since the State

4

**HAMILTON, MILLER & BIRTHISEL** LLP
150 S.E. SECOND AVENUE SUITE 1200 · MIAMI, FL, 33131
TELEPHONE: (305) 379-3686 · FACSIMILE: (305) 379-3690

Court Action is within this Court's authority based on federal question jurisdiction over Plaintiffs' federal claims, as well as supplemental jurisdiction over Plaintiffs' state law claims, as all of Plaintiffs' causes of action arise from the same factual allegations.

### III. Procedural Requirements

In compliance with 28 U.S.C. § 1446(a), copies of the Circuit Court's docket from the Miami-Dade County, Florida Clerk of Court's website and all process, pleadings, orders, and other papers or exhibits on record in the State Court Action are attached hereto as Composite Exhibit "C."

Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice will be served on Plaintiffs, and a copy of this Notice will also be filed concurrently with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

Further, pursuant to the non-served Defendant Rule, the consent of the non-served Defendants is not required. *See Paz v. Bonita Tomato Growers,* 920 F. Supp. 174 (M.D. Fla. 1996); *Pullman Co. v. Jenkins*, 305 U.S. 534, 59 S. Ct. 347, 83 L. Ed. 334 (1939); and *Roe v. O'Donohue*, 38 F.3d 298 (7th Cir. 1994).

Accordingly, all procedural requirements have been satisfied as the removing Defendants have paid the appropriate filing fee to the Clerk of Court upon filing this notice.

### IV.    Venue

The events alleged by Plaintiffs giving rise to this claim allegedly occurred in Miami-Dade County, Florida. Thus, venue properly lies in the United States District Court for the Southern District of Florida, Miami Division.

### V.    Conclusion

Because a federal question arises from a cause of action set forth in Plaintiffs' Complaint, removal of this action to the United States District Court is proper. Plaintiffs' Complaint alleges that FRC and Green violated the United States Civil Rights Act under 42 U.S.C. § 1983, which is a cause of action arising under the laws of the United States, thus this action is removable pursuant to 28 U.S.C. § 1331 and 1441. In addition, 28 U.S.C. § 1367 sets forth that this Court has the authority to exercise supplemental jurisdiction over Plaintiffs' state law claims in this matter when the action is removed based on federal question jurisdiction, thus further making this matter is removable under 28 U.S.C. § 1331, 1367 and 1441.

WHEREFORE, Defendants, FAMILY RESOURCE CENTER OF SOUTH FLORIDA, INC. and NATALIE GREEN, respectfully request the Notice of Removal be accepted as good and sufficient as required by law, and that the aforesaid action, Case No. 2025-013398-CA-01 filed in the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, be removed to the United States District Court for the Southern District of Florida, Miami Division, and that this Court assume full and complete jurisdiction thereof, issue all necessary orders and grant all general equitable relief to which FRC and Green are entitled.

6

**HAMILTON, MILLER & BIRTHISEL** LLP
150 S.E. SECOND AVENUE SUITE 1200 · MIAMI, FL, 33131
TELEPHONE: (305) 379-3686 · FACSIMILE: (305) 379-3690

Dated: September 9, 2024

/s/ *Bradley A. Silverman*
Bradley A. Silverman, Esq.
Florida Bar No. 105333
bsilverman@hamiltonmillerlaw.com
Aki Hirotani, Esq.
Florida Bar No. 1058242
ahirotani@hamiltonmillerlaw.com
Keyla Smith, Esq.
Florida Bar No.: 111784
ksmith@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL
150 Southeast Second Avenue, Suite, 1200
Miami, Florida 33131
Telephone: (305) 379-3686
Facsimile:(305) 379-3690
*Attorneys for Family Resource Center of South Florida, Inc. and Natalie Green*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 15, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

/s/ *Bradley A. Silverman*
Bradley A. Silverman, Esq.

## SERVICE LIST

**JUSTICE FOR KIDS ®**
**a division of KELLEY KRONENBERG**
Stacie J. Schmerling
Florida Bar No. 83862
Lelia M. Schmerling
Florida Bar No.: 107019
10360 West State Road 84
Ft. Lauderdale, Florida 33324
Telephone: (754) 888-KIDS
Facsimile: (954) 644-4848
stacie@justiceforkids.com
lelia@justiceforkids.com
erica@justiceforkids.com
*Attorneys for the Plaintiff*

HAMILTON, MILLER & BIRTHISEL LLP
150 S.E. SECOND AVENUE SUITE 1200 · MIAMI, FL, 33131
TELEPHONE: (305) 379-3686 · FACSIMILE: (305) 379-3690